FELICE JOHN VITI, Acting United States Attorney (#7007)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| In the matter of the application for authorization to search three (2) United States Postal Service (USPS) Priority Mail Parcel Tracking Nos. 9505512855425155245237 and 9505512855425155245213, and one (1) United States Postal Service (USPS) Express Priority Mail Parcel Tracking No. CH234703511US more fully described in Attachment A | Case No.: 2:25-mj-00613 - 615 DBP<br><br>APPLICATION IN SUPPORT OF APPLICATION FOR SEARCH WARRANT<br><br>The Honorable Dustin B. Pead<br>United States Magistrate Judge |

**AFFIDAVIT**

I, Solomon Ettinger, being duly sworn, hereby depose and say:

1. Your affiant, USPIS Task Force Officer Solomon Ettinger, is a POST certified and sworn peace officer in the state of Utah, since 2017. I am currently assigned as a Detective with the Utah County Major Crimes Task Force, and a Task Force Officer with the United States Postal Inspection Service. I specialize in narcotics investigations. Along with my POST certification, I successfully completed a Field Training Officer program and am a member of the SWAT team. I have experience investigating crimes such as Theft, Criminal Mischief, DUI, Fraud, Domestic Violence, and other Utah Criminal

1

Code violations. I have training and experience in the identification of drugs as well as their methods of use and distribution. Your affiant has training and experience in identifying signs of impairment related to drugs and alcohol. I have experience in search warrants related to suspects using and/or distributing illegal substances and executing them as a member of the Provo Police Department, Utah County Major Crimes Task Force, and United States Postal Inspection Service. As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including, production, transportation, distribution, and use of illegal substances.

2. I am currently assigned to investigate a variety of federal violations to include controlled substances being transported via the United States Mails. As part of my duties as a Postal Inspector Task Force Officer, I investigate crimes involving the United States Mail including Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and Title 18 United States Code, Section 1956, Laundering of monetary instruments. The facts and information contained in this affidavit have been obtained by me personally or provided to me by other law enforcement officers and postal employees. Since this affidavit is being submitted for the limited purpose of securing a search warrant from the court, I have not included each and every fact known to me concerning this

investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the search warrant.

3. Based on my training and experience, I am aware that the United States Postal Service mail system is frequently used to transport illicitly used drugs, including controlled substances, and money associated with drug trafficking and other illicit activities to areas throughout the United States. I also know that many subjects prefer mail/delivery services such as Priority Mail because of the reliability and the ability to track the article's progress to the intended delivery point. The fast delivery time with Priority Mail is a big draw for senders of illicit money and drug parcels to get the items delivered in the least amount of time possible to avoid detection by law enforcement. Priority Mail is usually delivered within 1-3 days, which is a big draw for drug traffickers to get the product in their buyer's hands. USPS processes millions of Priority Mail parcels which is a draw to drug traffickers since their drug parcel will be mixed in with such a high volume of other parcels. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item and may decline the parcel in fear that law enforcement is monitoring the delivery.

4. Based on my training and experience regarding the use of Priority Mail for the transportation of controlled substances and illicit proceeds through the U.S. Mail, I know these types of mailings often bear the following characteristics:

   a. Fictitious names, alternate addresses, or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement, most often by the sender of the parcel.

3

    b. Parcels from border States, particularly near the Mexico border are a well-known source for drug trafficking.

    c. Cash or cryptocurrency payments for shipping to avoid detection by law enforcement.

    d. Multiple parcels shipped to the same address from the same geographical area, showing a pattern of drug trafficking.

5. Based on my training and experience, I know drug traffickers and their associates will often use fictitious names or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement. Address verifications are conducted, and the return addresses listed on the articles are often either fictitious or sender names are not associated with the address.

6. This affidavit is made in support of an application for a search warrant on two (2) United States Postal Service Priority Mail parcels packaged in medium flat rate envelopes (SUBJECT PARCELS A) and B)) and one (1) United States Postal Service Express Priority Mail parcel packaged in a medium flat rate box (SUBJECT PARCEL C)). Each of the SUBJECT PARCELS are believed to contain illicit money or drugs as part of a drug trafficking scheme. The SUBJECT PARCELS are described and defined as follows:

    a) SUBJECT PARCEL A): One (1) Priority Mail parcel tracking number 9505512855425155245237 described as a white Medium Flat Rate envelope measuring approximately 12.5"x9.5"x2" addressed to "Alicia" 148 Pattis Lane, East Stroudsburg, PA 18302; bearing a return address of "Nathan T" 9040 Sky Canyon Ranch, Las Vegas, NV

89166; shipped on June 04, 2025, from the Santa Clara, Utah Post Office via the United States Postal Service (USPS) weighing 1 lb 8.3 oz with a shipment cost of $10.10.

b) SUBJECT PARCEL B): One (1) Priority Mail parcel tracking number 9505512855425155245213 described as a white Medium Flat Rate envelope measuring approximately 12.5"x9.5"x2" addressed to "Patrick Hipolito" 300 1st Street #2, Campbell, CA 95008; bearing a return address of "Nathan T" 9040 Sky Canyon Ranch, Las Vegas, NV 89166; shipped on June 04, 2025, from the Santa Clara, Utah Post Office via the United States Postal Service (USPS) weighing 1 lb 11.5 oz with a shipment cost of $10.10.

c) One (1) Express Priority Mail parcel tracking number CH234703511US described as a white Medium Flat Rate box measuring approximately 12"x3.5"x14" addressed to "Geoff Hiskins" 30 Russell Street, Cardiff 2285, NSW, Australia; bearing a return address of "Nathan Thompson" 9040 Sky Canyon Ranch, Las Vegas, 89166; shipped on June 04, 2025, from the Santa Clara, Utah Post Office via the United States Postal Service (USPS) weighing approximately 3 lb with a shipment cost of $100.10

**BACKGROUND INVESTIGATION**

7. On June 16, 2025, I became aware of the subject parcels A), B), and C), (collectively referred to as SUBJECT PARCELS) from GA Chris Tanner. Tanner, USPIS, who had received an email from the Post Master at the Santa Clara, Utah Post Office. The Post Master sent the following email regarding

5

      the SUBJECT PARCELS: *"Can I please get some advice on what to do with these packages please ASAP?? Our truck leaves in 45 min. Clerk says the customer that brought these in seemed "stoned" and was pacing back and forth acting really weird. Packages smell like coffee, clerks "hunch" tells him that the coffee may be hiding something else. Should we be sending them to Postal Inspection service?? Or just put them with the regular mail?? Return address is in Las Vegas as well, not Santa Clara, Ivins, or even St. George."*

8. The Post Master shipped the SUBJECT PARCELS to the Salt Lake City USPIS Domicile for further investigation. I took control of them on June 17, 2025 and inspected the parcels. I found they smelled strongly of coffee, which I know from my training and experience as a trained narcotics investigator is a tactic used by drug traffickers to mask the odor of narcotics. I viewed the listed return addresses on each of the SUBJECT PARCELS of 9040 Sky Canyon Ranch, Las Vegas, 89166 and found through Google Maps to be 130 miles and a two (2) hour drive from the shipping of point of Santa Clara, Utah, Post Office. I know from my training and experience as a trained narcotics investigator that using return addresses listed far away from the actual shipping point to be a tactic used by those involved in drug trafficking to thwart law enforcement investigations and hide the real shipper of contents of the parcels.

9. After inspecting the parcels, I met with West Valley Police K-9 Officer Allen at the USPIS Salt Lake City Domicile to conduct a drug detection sniff of the SUBJECT PARCELS with his police K-9, Timber. I placed three (3) boxes which gave the appearance of being parcels on the ground along with the

        SUBJECT PARCELS, one at a time. After each detection sniff, I rotated the parcels around with a new subject parcel. I did not inform Officer Allen which parcel was believed to contain illegal drugs.

10. Officer Allen reported that K-9 Timber showed a positive alert on SUBJECT PARCEL A), B) and C), each individually, and an indication to the presence of the odor of illegal narcotics for each SUBJECT PARCEL.

11. Officer Allen is a certified Peace Officer in the State of Utah and last recertified through POST with K-9 Timber on November 07, 2024. K-9 Timber is certified in detecting the presence of marijuana, methamphetamine, heroin, psilocybin and cocaine.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

12. Based on the aforementioned facts, your Affiant believes there is probable cause that SUBJECT PARCELS A), B), and C), described in Paragraph No. 6a, 6b, and 6c contain controlled substances and/or proceeds from the trafficking of controlled substances, or other illegal activities that involve the movement of drugs or currency that would have the smell of drugs, constituting evidence of violations of Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

_____

Solomon G. Ettinger
USPIS Task Force Officer

Subscribed and sworn to before me on this 20th day of June 2025.

_____

Dustin B. Pead
United States Magistrate Judge

**Attachment A**

SUBJECT PARCEL A): One (1) Priority Mail parcel tracking number 9505512855425155245237 described as a white Medium Flat Rate envelope measuring approximately 12.5"x9.5"x2" addressed to "Alicia" 148 Pattis Lane, East Stroudsburg, PA 18302; bearing a return address of "Nathan T" 9040 Sky Canyon Ranch, Las Vegas, NV 89166.

SUBJECT PARCEL B): One (1) Priority Mail parcel tracking number 9505512855425155245213 described as a white Medium Flat Rate envelope measuring approximately 12.5"x9.5"x2" addressed to "Patrick Hipolito" 300 1st Street #2, Campbell, CA 95008; bearing a return address of "Nathan T" 9040 Sky Canyon Ranch, Las Vegas, NV 89166.

SUBJECT PARCEL C): One (1) Express Priority Mail parcel tracking number CH234703511US described as a white Medium Flat Rate box measuring approximately 12"x3.5"x14" addressed to "Geoff Hiskins" 30 Russell Street, Cardiff 2285, NSW, Australia; bearing a return address of "Nathan Thompson" 9040 Sky Canyon Ranch, Las Vegas, 89166.

Each of these listed parcels are being held at the USPIS Salt Lake City Domicile, Salt Lake City, Utah, and have been held at the Salt Lake City Domicile since June 17, 2025.

**Parcel images**

*A):*



*B):*



*C):*

